537 U.S. 1239
 MORENO-FLORES
v.
UNITED STATES;
DOMINGUEZ-VILLARREAL
v.
UNITED STATES;
HURTADO-HILARIO, AKA HERRERA-GARCIA
v.
UNITED STATES;
IGLESIAS-VASQUEZ
v.
UNITED STATES;
ARANDA-PEREZ
v.
UNITED STATES;
TAPIA-TIBURCIO
v.
UNITED STATES;
GIRON-NAVAS, AKA RAMIREZ, AKA MARTINEZ
v.
UNITED STATES;
MALDONADO-RAMIREZ
v.
UNITED STATES; and
VILLAREAL-RAMIREZ
v.
UNITED STATES.
 No. 02-8689.
 Supreme Court of United States.
 March 3, 2003.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.
 
 
 2
 C. A. 5th Cir. Certiorari denied. Reported below: 54 Fed. Appx. 407 (second, third, and seventh judgments), 408 (first, fourth, fifth, sixth, and ninth judgments), and 409 (eighth judgment).